NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ICON HEALTH & FITNESS, INC.,**
*Plaintiff-Appellant,*

v.

**OCTANE FITNESS, LLC,**
*Defendant-Cross-Appellant.*

---

2011-1521, -1636

---

Appeals from the United States District Court for the District of Minnesota in case no. 09-CV-0319, Judge Ann D. Montgomery.

---

## ON MOTION

---

## ORDER

Octane Fitness, LLC moves without opposition for an extension of time until January 27, 2012, to file its opening and responsive brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 1.0 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:    David R. Wright, Esq.
       Rudolph A. Telscher Jr., Esq.

s24

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 1 0 2012

JAN HORBALY
CLERK